UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL LYON,

        Plaintiff,

  vs.

CITY OF ORANGE COVE,

        Defendant.
_____/

CASE NO. CV F 13-0082 LJO GSA

**ORDER TO DISMISS AND CLOSE ACTION**
(Doc. 14.)

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters, including the February 14, 2014 settlement conference, April 9, 2014 pretrial conference, and June 3, 2014 trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **December 20, 2013**             **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE